UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMACULATE BAKING CO., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01085-JLS-AS<br><br>**JUDGMENT** |

1 | Following this Court's November 8, 2018 Order granting IMMACULATE BAKING CO.'S ("Defendant") Motion to Dismiss Complaint of Plaintiff JAMES REIDER ("Plaintiff"), the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint in this matter is dismissed in its entirety **with prejudice** and Judgment is entered in favor of Defendant and against Plaintiff. Defendant may recover allowable costs by filing a Bill of Costs in conformity with Local Rule 54.

**IT IS SO ORDERED**.

Dated: November 19, 2018

_____
Hon. Josephine L. Staton
United States District Judge